**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Mark C. BUSACK, Defendant-**
**Appellant.**

No. 16-6761

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2016

Decided: November 22, 2016

Mark C. Busack, Appellant Pro Se. Jarod James Douglas, Erin Carter Tison, Assistant United States Attorneys, William J. Ihlenfeld, II, Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark C. Busack appeals the district court's order granting the Government's motion to authorize payment of restitution from Busack's inmate account and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United State v. Busack, No. 5:15–cr–00054–FEP–JES–1, 2016 WL 1559599, 2016 WL 3039886 (N.D.W. Va. Apr. 18 & May 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED